LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Xiyi Fu (SBN 278274)
jackie.fu@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendants
CALIBER HOME LOANS, INC. and U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9
MASTER PARTICIPATION TRUST

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA 94104

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS M. SHIMADA, an individual; | CASE NO.: 3:16-cv-05346-JCS |
| Plaintiff, | Hon. Joseph C. Spero |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| CALIBER HOME LOANS, INC.; U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST and DOES 1 through 20, inclusive, | **[FED. R. CIV. P. 41(A)]** |
| Defendants. | Complaint Filed: August 16, 2016 |

Plaintiff Iris M. Shimada ("Plaintiff") and defendants Caliber Home Loans, Inc. and U.S.

Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Defendants") (collectively with

Plaintiff, the "Parties") hereby stipulate as follows:

1.     This action, and each and every claim asserted in the action, shall be dismissed in its

entirety with prejudice; and

2.     Each of the Parties shall bear its own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: November 16, 2016      LOCKE LORD LLP

By: /s/ Xiyi Fu
     Regina J. McClendon
     Xiyi Fu
Attorneys for Defendants
CALIBER HOME LOANS, INC. and U.S.
BANK TRUST, N.A., AS TRUSTEE FOR LSF9
MASTER PARTICIPATION TRUST

Dated: November 16, 2016      JT LEGAL GROUP, APC

By: /s/ Kenley Dygert
     Armine Singh
     Kenley Dygert
Attorneys for Plaintiff
IRIS M. SHIMADA

**ECF CERTIFICATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: November 16, 2016      /s/ Xiyi Fu
     Xiyi Fu

Dated: 11/16/16

IT IS SO ORDERED
Judge Joseph C. Spero